UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WORLD BUSINESS LENDERS, LLC, a
New York limited liability company,

    Plaintiff,

v.

BRADENTON CAR CARE, LLC, a Florida
limited liability company; JONATHAN
WYSASKI, an individual; FLORIDA
DEPARTMENT OF REVENUE;
BUSINESSFIRST INSURANCE
COMPANY, a Florida corporation;
CORPORATION SERVICE COMPANY,
AS REPRESENTATIVE, a Delaware
corporation; and UNKNOWN TENANTS
in possession,

    Defendants.
_____/

CASE NO: 8:16-cv-1122 T36TGW

### NOTICE OF FILING ORIGINAL AFFIDAVIT OF SERVICE

World Business Lenders, LLC, by and through its undersigned counsel, hereby files the attached Affidavit of Service of Summons and Complaint on Bradenton Car Care, LLC.

    /s/ Jonathan M. Sykes
Jonathan M. Sykes, Esq.
Florida Bar Number: 73176
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
Email: jsykes@burr.com
Secondary email: ccrumrine@burr.com;
lloving@burr.com
**ATTORNEYS FOR PLAINTIFF**

27569344 v1

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of FLORIDA

Case Number: 8:16-CV-1122-T36-TGW

Plaintiff:
**WORLD BUSINESS LENDERS, LLC, A NEW YORK LIMITED LIABILITY COMPANY**

vs.

Defendant:
**BRADENTON CAR CARE, LLC; JONATHAN WYSASKI; FLORIDA DEPARTMENT OF REVENUE; BUSINESS FIRST INSURANCE COMPANY; CORPORATION SERVICE COMPANY, AS REPRESENTATIVE; AND UNKNOWN TENANTS IN POSSESSION**

For:
Jonathan Sykes
BURR & FORMAN LLP
200 South Orange Ave.
Suite 800
Orlando, FL 32801

Received by ANDREWS AGENCY, INC. on the 12th day of May, 2016 at 10:32 am to be served on **BRADENTON CAR CARE, LLC C/O JONATHAN D. WYSASKI, REGISTERED AGENT, 1505 TAMIAMI TRAIL, BRADENTON, FL 34205.**

I, MARYELLEN JANNEY, being duly sworn, depose and say that on the **16th day of May, 2016 at 11:59 am,** I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT, EXHIBITS** with the date and hour of service endorsed thereon by me, to: **EDWARD ZBIEGIEN as REGISTERED AGENT** for **BRADENTON CAR CARE, LLC C/O JONATHAN D. WYSASKI, REGISTERED AGENT**, at the address of: **1505 TAMIAMI TRAIL, BRADENTON, FL 34205**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2). Pursuant to Florida Statute 92.525 and under penalty of perjury, I declare that the facts set forth are true and correct.

Subscribed and Sworn to before me on the 18th day of May, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

Shelly Huffman
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF972367
Expires 4/28/2020

MARYELLEN JANNEY
#0099

ANDREWS AGENCY, INC.
P.O. Box 3445
Orlando, FL 32802
(407) 649-2085

Our Job Serial Number: AAM-2020049434
Ref: 27787.4

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| WORLD BUSINESS LENDERS, LLC, a New York limited liability company<br><br>*Plaintiff(s)*<br>v.<br>Bradenton Car Care, LLC; Jonathan Wysaski; Florida Department of Revenue; BusinessFirst Insurance Company; Corporation Service Company, as Representative; and Unknown Tenants in possession<br><br>*Defendant(s)* | Civil Action No. 8:16 CV 1122 T36TGW<br>Served Date 5/6/16 Time 11:59 AM<br>Server MJ<br>I.D. # 0099 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRADENTON CAR CARE, LLC
c/o Jonathan D. Wysaski, Registered Agent
1505 Tamiami Trail
Bradenton, FL 34205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan M. Sykes, Esq.
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 6 2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

96939