UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WORLD BUSINESS LENDERS, LLC, a
New York limited liability company,

      Plaintiff,

v.

BRADENTON CAR CARE, LLC, a Florida
limited liability company; JONATHAN
WYSASKI, an individual; FLORIDA
DEPARTMENT OF REVENUE;
BUSINESSFIRST INSURANCE
COMPANY, a Florida corporation;
CORPORATION SERVICE COMPANY,
AS REPRESENTATIVE, a Delaware
corporation; and UNKNOWN TENANTS
in possession,

      Defendants.
_____/

CASE NO: 8:16-cv-1122 T36 TGW

## MOTION FOR ENTRY OF DEFAULT BY CLERK AGAINST
## JONATHAN WYSASKI

COMES NOW, Plaintiff, World Business Lenders, LLC (the "WBL"), by and through its undersigned attorney, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby files this Motion with the Clerk of the Court for entry of a default against Defendant, Jonathan Wysaski, and states as follows:

1. On May 5, 2016, WBL filed its Complaint (Doc. No. 1) against Florida Department of Revenue.

2. On August 15, 2016, Jonathan Wysaski was properly served with a copy of the Alias Summons and Complaint (Doc. No. 33). A true and correct copy of the Proof of Service is attached hereto as **Exhibit A.**

28130509 v1

3.  Because Rule 12 of the Federal Rules of Civil Procedure mandates that a defendant respond to a complaint within twenty-one (21) days from service of said Complaint or sixty (60) days if you are the United States or a United States Agency, Jonathan Wysaski was required to serve a response to WBL's Complaint on September 6, 2016.

4.  To date, however, Jonathan Wysaski has neither served nor filed a response to WBL's Complaint.

5.  Rule 55 of the Federal Rules of Civil Procedure states that the Clerk of the Court shall enter a default against a party that has failed to plead or otherwise defend as provided by these rules.

6.  Jonathan Wysaski's failure to respond to WBL's Complaint within 21 days of service undoubtedly constitutes a failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. As such, the Clerk of the Court should enter a default against Jonathan Wysaski.

7.  Jonathan Wysaski is neither an infant nor an incompetent person.

WHEREFORE, WBL respectfully requests the Clerk of the Court enter a Default in favor of WBL and against Jonathan Wysaski in the present action.

Dated September 7, 2016.

/s/ *Jonathan M. Sykes*
Jonathan M. Sykes, Esq.
Florida Bar No. 73176
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
Email: jsykes@burr.com
Secondary email: ccrumrine@burr.com;
loving@burr.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that that the foregoing *MOTION FOR ENTRY OF DEFAULT BY CLERK AGAINST JONATHAN WYSASKI* was furnished via electronic transmission to all parties listed on the Court's CM/ECF notification and via regular U.S. mail to: Jonathan Wysaski, 527 North Center Street, Naperville, IL 60563 on September 7, 2016.

> */s/ Jonathan M. Sykes*
> Jonathan M. Sykes, Esq.

# AFFIDAVIT OF SERVICE

State of FLORIDA                County of                    Middle District Court

Case Number: 8:16-CV-1122-T36-TGW

AAM2020055135

Plaintiff:
WORLD BUSINESS LENDERS, LLC, A NEW YORK LIMITED LIABILITY COMPANY

vs.

Defendant:
BRADENTON CAR CARE, LLC; JONATHAN WYSASKI; FLORIDA DEPARTMENT OF REVENUE; BUSINESS FIRST INSURANCE COMPANY; CORPORATION SERVICE COMPANY, AS REPRESENTATIVE; AND UNKNOWN TENANTS IN POSSESSION

For: Jonathan Sykes
    BURR & FORMAN LLP

Received by ANDREWS AGENCY on the 15th day of August, 2016 at 1:54 pm to be served on JONATHAN WYSASKI, 527 NORTH CENTER STREET, NAPERVILLE, IL 60563. I, Mark K. Glenn, being duly sworn, depose and say that on the 17th day of August, 2016 at 7:56 pm., executed service by delivering a true copy of the ALIAS SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, NOTICE OF LIS PENDENS, VERIFIED COMPLAINT, EXHIBITS in accordance with state statutes in the manner marked below:

{ } RESIDENTIAL:_____

{ } OTHER:_____

{X} INDIVIDUAL: Served the within-named person.

{ } SUBSTITUTE: By Serving _____ as

{ } OTHER: For the reasons listed in the comments below

{ } NON-SERVICE: For the reasons listed in the comments.

Comments:
_____
_____

Based on inquiry of party served, defendant { } is {X} is not in the military service of the United States of America.
Based on inquiry of party served, defendant { } is {X} is not married.

COMMENTS:



EXHIBIT A

## AFFIDAVIT OF SERVICE for 8:16-CV-1122-T36-TGW

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 17th day of August, 2016 by the affiant who is personally known to me.

_Jamie N. Grena_
NOTARY PUBLIC

OFFICIAL SEAL
JAMIE N GRENA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/24/19

PROCESS SERVER # 117-001734
Appointed in accordance with State Statutes

ANDREWS AGENCY
709 Brookhaven Drive
Orlando, FL 32803
(407) 649-2085

Our Job Serial Number: 2020055135
Ref: 27787.4

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

WORLD BUSINESS LENDERS, LLC, a New York limited liability company

*Plaintiff(s)*

v.

Bradenton Caro Caro, LLC; Jonathan Wysaski; Florida Department of Revenue; BusinessFirst Insurance Company; Corporation Service Company, as Representative; and Unknown Tenants in possess

*Defendant(s)*

Civil Action No. 8:16-cv-1122 T36 TGW

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JONATHAN WYSASKI
527 N. Center Street
Naperville, IL 60563

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan M. Sykes, Esq.
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5-27-2016

*Signature of Clerk or Deputy Clerk*